UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

In re GARY LAINE,

          Plaintiff.

No. C 13-5358 NJV (PR)

**ORDER OF DISMISSAL**

    This case was opened when plaintiff wrote a letter to the court regarding his medical care. In an effort to protect plaintiff's rights, the court used the letter to open a new case. The court informed plaintiff that he was required to file a complaint and gave him twenty-eight days to do so. (Doc. 2.) The court also sent plaintiff a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. (Doc. 3.) The court provided a copy of the court's form for applications to proceed IFP with the notice, along with a return envelope. The twenty-eight days have passed and while plaintiff filed a IFP application, he has not filed a complaint.

    This case is therefore **DISMISSED** without prejudice. The motion to proceed IFP (Docket No. 6) is **DENIED**. No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: January 15, 2014.

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| In re GARY LAINE, | No. 3:13-CV-05358 NJV |
| Plaintiff. | |
| | CERTIFICATE OF SERVICE |
| _____/ | |

I, the undersigned, hereby certify that on January 15, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gary Laine
V-90706
San Quentin State Prison
San Quentin, CA 94974

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2